JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA AVEDISSIAN, an individual, KACHIK MOURADIN, an individual, and ELIZE ACHJIAN, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONWIDE INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | CASE NO.: 2:21-CV-00552-SB-AGR<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that, pursuant to the confidential settlement agreement reached in this action, the above-referenced action filed by Plaintiffs Rita Avedissian, Elize Achjian, and Kachik Mouradin against Defendants Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company, and AMCO Insurance Company is hereby dismissed in its entirety with prejudice. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: October 6, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Stanley Blumenfield Jr.
　　　　　　　　　　　　　　　　　　United States District Court Judge

1